CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

SEP 14 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **JACKIE LEE REDD,** ) | |
| Petitioner, ) | Civil Action No. 7:06CV00485 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **GENE JOHNSON,** ) | By: Hon. Glen E. Conrad |
| Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

### ORDERED

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 14th day of September, 2006.

_____
United States District Judge